IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:13-CT-3321-H

| | |
|---|---|
| RASHID GARY KIRKLAND, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| ) | |
| v. ) | |
| ) | **ORDER** |
| ) | |
| GEO GROUP, INC., and PHILLIP ) | |
| THOMAS, ) | |
| ) | |
| Defendants. ) | |
| ) | |

This matter is before the court sua sponte. Plaintiff, a federal inmate, filed a complaint alleging that on April 1, 2013, while he was incarcerated at Rivers Correctional Institute in Winton, North Carolina, he was sexually harassed by defendant Thomas and defendant GEO Group failed to provide counseling or other relief following the incident.

In an order filed February 19, 2015, this court dismissed plaintiff's constitutional claims, but in deference to plaintiff's pro se status, the court granted plaintiff thirty (30) days to particularize his complaint to allege any state law tort claims he intended based on the facts alleged. Plaintiff did not particularize his complaint within the 30 days.

Plaintiff did file a notice of interlocutory appeal on April 13, 2015, which was ultimately dismissed for failure to prosecute. As of this date, plaintiff has not filed his particularized complaint. Therefore, this matter is hereby DISMISSED, and the clerk is directed to close this case.

This 29th day of October 2015.

Malcolm J. Howard
Senior United States District Judge

At Greenville, NC
#26